IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR528** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **NICHOLAS SEAN WEAVER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's Motion for Dismissal (Filing No.16). Pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of a dismissal of the Indictment against the Defendant, Nicholas Sean Weaver..

IT IS ORDERED that the government's Motion for Dismissal (Filing No. 16) is granted.

DATED this 29th day of April, 2005.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge